# EXHIBIT A

WEST NEW YORK
School District
6028 Broadway, West New York, NJ 07093
www.wnyschools.net

Maximizing all students' potential
for success in an ever changing world.

# PowerSchool Cybersecurity Incident

West New York Board of Education

January 10, 2025

Dear West New York Parents & Guardians,

We are writing to make you aware of a recent cybersecurity incident involving PowerSchool, a software vendor that provides our Student Information System (SIS). In addition, PowerSchool supports over 60 million students and over 18,000 school districts worldwide.

On Tuesday, January 7, 2025, the West New York Board of Education was informed by PowerSchool of a recent cybersecurity incident. In response to the cyber incident, PowerSchool engaged third-party cybersecurity experts, including CrowdStrike, to investigate and mitigate the incident involving the District's data.

At this time, PowerSchool informed the District that the affected data includes personal identifiable information (PII) such as student | parent names and contact information stored in PowerSchool. **Social security numbers for all active students were not stored in PowerSchool and, therefore, were not affected.**

PowerSchool has assured us that the incident is contained, and there is no evidence of malware or continued unauthorized activity within the system. The company has confirmed that the data was not made public. To address the situation, PowerSchool engaged CyberSteward, a reputable cybersecurity firm which obtained verifiable proof that all accessed data has been permanently deleted and securely shredded.

Protecting the safety and security of our students, families, and staff is our highest priority. If you have any questions or concerns regarding this matter, please do not hesitate to contact our Board office.

The District will continue to provide updates as information becomes available from PowerSchool.

Sincerely,

Clara Brito Herrera
Superintendent

WEST NEW YORK
School District
6028 Broadway, West New York, NJ 07093
www.wnyschools.net

Maximizing all students' potential
for success in an ever changing world.

## Incidente de Ciberseguridad de PowerSchool

Junta de Educación de West New York

10 de enero de 2025

Estimados Padres y Tutores de West New York,

Nos dirigimos a ustedes para informarles sobre un reciente incidente de ciberseguridad que involucra a PowerSchool, un proveedor de software que gestiona nuestro Sistema de Información Estudiantil (SIS). Además, PowerSchool apoya a más de 60 millones de estudiantes y más de 18,000 distritos escolares en todo el mundo.

El martes 7 de enero de 2025, la Junta de Educación de West New York fue informada por PowerSchool sobre un reciente incidente de ciberseguridad. En respuesta a este incidente, PowerSchool contrató a expertos externos en ciberseguridad, incluyendo CrowdStrike, para investigar y mitigar el impacto del incidente en los datos del Distrito.

En este momento, PowerSchool ha informado al Distrito que los datos afectados incluyen información personal identificable (PII), como nombres y datos de contacto de estudiantes y padres almacenados en PowerSchool. **Los números de Seguro Social de todos los estudiantes activos no se almacenan en PowerSchool y, por lo tanto, no se vieron afectados.**

PowerSchool nos ha asegurado que el incidente está contenido y que no hay evidencia de malware ni de actividad no autorizada continua dentro del sistema. La empresa también ha confirmado que los datos no se hicieron públicos. Para abordar esta situación, PowerSchool contrató a CyberSteward, una firma de ciberseguridad reconocida, que obtuvo pruebas verificables de que todos los datos accedidos han sido eliminados de forma permanente y destruidos de manera segura.

Proteger la seguridad de nuestros estudiantes, familias y personal es nuestra máxima prioridad. Si tienen alguna pregunta o inquietud con respecto a este asunto, no duden en comunicarse con la oficina de la Junta.

El Distrito continuará proporcionando actualizaciones a medida que se reciba nueva información de PowerSchool.

**Atentamente,**

Clara Brito Herrera
Superintendente